**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03005-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KATIE V. LEE,

    Plaintiff,

v.

ERIC K. SHINSEKI, Secretary - Department of Veterans Affairs,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff, Katie V. Lee, has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)     ___     is not submitted
(2)     ___     is not on proper form (must use the court's current form)
(3)     ___     is missing original signature by plaintiff/petitioner/applicant
(4)     ___     is missing affidavit
(5)     ___     affidavit is incomplete
(6)     ___     affidavit is not notarized or is not properly notarized
(7)     ___     names in caption do not match names in caption of complaint, petition or application
(8)     ___     other:

**Complaint or Petition**:
- (9)  __   is not submitted
- (10) __   is not on proper form (must use the court's current form)
- (11) X    is missing an original signature by the plaintiff/petitioner/applicant
- (12) __   is incomplete
- (13) __   uses et al. instead of listing all parties in caption
- (14) __   names in caption do not match names in text
- (15) X    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (16) X    other:  <u>Fails to assert claims.  Missing pages 4-6, including signature page.  Fails to submit Notice of Right to Sue and eight attachments referred to on ECF No. 1 (Complaint) at 18.</u>

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Title VII Complaint form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the Title VII Complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED November 20, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge