IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03005-CMA-MJW

KATIE V. LEE,

Plaintiff,

v.

ERIC K. SHINSEKI, Secretary - Department of Veterans Affairs,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Aggrieved Motion for Relief (Docket No. 24) is DENIED. The relief sought in the subject motion is the as the same relief sought in plaintiff's Amended Complaint (Docket No. 5). Accordingly, the subject motion is denied as duplicative.

Date: March 5, 2013