IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03005-CMA-MJW

KATIE V. LEE,

Plaintiff,

v.

ERIC K. SHINSEKI, Secretary - Department of Veterans Affairs,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion that Colorado Returns Computer, Phone, Camera, Household Documents Confiscated on April 4, 2013 (Docket No. 35) is DENIED without prejudice for the following reasons. The subject motion is not properly before this court. Plaintiff seeks the return of items seized during the execution of a search warrant for her residence. The search warrant appears to have been issued by a Colorado State District Court and executed by Douglas County and/or Arapahoe County law enforcement officials. Plaintiff must seek relief from the state court which issued the subject search warrant.

Date: April 10, 2013