IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03005-CMA-MJW

KATIE V. LEE,

Plaintiff,

v.

ERIC K. SHINSEKI, Secretary - Department of Veterans Affairs,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Stay this Case (Docket No. 43) is DENIED without prejudice. Plaintiff has failed to confer with opposing counsel as required by D.C.COLO.LCivR 7.1A. The court recognizes that plaintiff is proceeding pro se. However, plaintiff is not entitled to the application of different rules. Montoya v. Chao, 296 F.3d 952, 957 (10th Cir. 2002).

Furthermore, plaintiff does not specify what efforts she has made to secure the return of her computer. In addition, plaintiff provides no detail as to what documents she requires off of her computer and how those documents are necessary for the prosecution of this matter. Accordingly, the court finds that plaintiff has failed to show good cause. See Ind v. Rusher, No. 12-cv-00997-WJM-KLM, 2012 WL 5389823, at *1 (D. Colo. Nov. 5, 2012) (stating that the party seeking a stay has the burden to demonstrate good cause and cannot sustain that burden through conclusory statements); see also Commodity Futures Trading Comm'n v. Chilcott Portfolio Mgmt., Inc., 713 F.2d 1477, 1484 (10th Cir. 1983) (stating that "the right to proceed in court should not be denied except under the most extreme circumstances").

Date: July 26, 2013