## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 12-cv-03005-CMA-MJW

KATIE V. LEE,

    Plaintiff,

v.

ERIK K. SHINSEKI, Secretary, Department of Veterans Affairs,

    Defendant.

## ORDER AFFIRMING APRIL 7, 2014 RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

    This matter is before the Court on the April 7, 2014 Recommendation by United States Magistrate Judge Michael J. Watanabe that Defendant's Motion for Summary Judgment (Doc. # 55) be granted. (Doc. # 67.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 67 at 10-11.) Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

    "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when

neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendant's Motion for Summary Judgment and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Watanabe's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72, advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Watanabe as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 67) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc. # 55) is GRANTED. It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that all pending motions are terminated. It is

FURTHER ORDERED that the Final Pretrial Conference set for May 13, 2014, is VACATED. It is

FURTHER ORDERED that this case is dismissed in its entirety.

DATED: April __29__, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2