**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03005-CMA-MJW

KATIE V. LEE,

    Plaintiff,

v.

ERIC K. SHINSEKI, Secretary, Department of Veterans Affairs,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming April 7, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on April 29, 2014 it is

    ORDERED that the Recommendation of the United States Magistrate Judge (Doc. #67) is AFFIRMED and ADOPTED.  It is

    FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc. #55) is GRANTED. It is

    FURTHER ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that this case is dismissed in its entirety.

Dated at Denver, Colorado this 29th day of April, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Sandra Hartmann

Sandra Hartmann
Deputy Clerk